# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH A. BROWN,                :
                                :
    Plaintiff             :   CIVIL NO. 1:17-CV-00025
                                :
  vs.                           :
                                :
SARAH DEES,                     :   (Judge Rambo)
                                :
                                :
    Defendant             :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.  Brown's motion to proceed <u>in forma pauperis</u> (Doc. 6) is **DENIED.**

2.  Brown's motion for extension of time (Doc. 11) is **DENIED.**

3.  Brown's complaint is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g).

4.  The Clerk of Court shall **CLOSE** this case.

5.  Any appeal from this order will be deemed

frivolous, not taken in good faith and lacking probable cause.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge

March 24, 2017